247 So.2d 862

**Catherine Ann TAMBORELLA**

v.

**Grady ROBISON.**

**No. 51377.**

May 24, 1971.

In re: Catherine Ann Tamborella applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 245 So.2d 476.

Writ denied. We find no error of law in the judgment complained of.

247 So.2d 862

**JONESBORO CONCRETE, INC.**

v.

**LOUISIANA BUILDERS SUPPLY COMPANY, INC.**

**No. 51380.**

May 24, 1971.

In re: Louisiana Builders Supply Company, Inc. applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Jackson. 245 So.2d 473.

Writ denied. No error of law.